**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00058-FDW-DSC**

| | |
|---|---|
| MONTEREY BAY-CHARLOTTE, LLC, )<br>AND ARTHUR RUTENBERG HOMES, )<br>INC., )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>MATTHEW LEWIS, ANGELA LEWIS, )<br>PLATTNER CUSTOM BUILDERS, LLC )<br>AND JOHN DOE D/B/A DESIGN )<br>BOARD PRODUCTIONS, )<br> )<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on the Plaintiffs' "Motion for Leave to Permit Early Discovery" (document #21) filed April 27, 2017 and the parties' briefs and exhibits (see documents ## 22-25).

Plaintiffs seek an order from the Court allowing them to engage in early discovery limited to the identification of the real party in interest previously identified as John Doe d/b/a Design Board Productions. For the reasons stated in Defendants' response briefs, the Court <u>denies</u> the Motion.

**THEREFORE IT IS ORDERED** that:

1. Plaintiffs' "Motion for Leave to Permit Early Discovery" (document #21) is **DENIED.**

2. The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Frank D. Whitney

**SO ORDERED**.

Signed: May 18, 2017

David S. Cayer
United States Magistrate Judge